**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

KEONDRA M. CHESTANG                                                                                    PLAINTIFF
ADC #134005

V.                                              NO: 2:12CV00055 JLH/HDY

R.A. ROBINSON *et al.*                                                                                 DEFENDANTS

**ORDER**

Plaintiff filed this complaint on March 27, 2012, and service was ordered. On May 2, 2012, the summons was returned unexecuted as to Defendant Decoursey (docket entry #12). Service had been attempted in the care of the Arkansas Department of Correction, but was returned because Decoursey is no longer employed there. However, Decoursey's first name and last known address was provided and filed under seal. Accordingly, service will be attempted at that address.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to change the style of the case to reflect the correct name of Defendant Steven Decoursey.

2. Decoursey's last known address shall not be made part of any public record.

3. The Clerk of the Court shall prepare a summons for Decoursey, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), and this order, on Decoursey, at the address provided under seal, without prepayment of fees and costs or security therefor.

4. Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the address prior to forwarding a copy to Plaintiff.

DATED this   3   day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE