IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KEONDRA M. CHESTANG, ADC #134005                  PLAINTIFF

v.                  NO. 2:12CV00055 JLH

RUBEN ROBINSON                  DEFENDANT

**ORDER**

The final scheduling order set this matter for jury trial sometime during the week of March 24, 2014, in Little Rock, Arkansas. The Court has determined that the jury trial will begin at **9:15 A.M. on MONDAY, MARCH 24, 2014**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Counsel should be present by 8:30 a.m.

IT IS SO ORDERED this 11th day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE