# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| KE'ONDRA M. CHESTANG,<br>ADC #134005 | PLAINTIFF |
| v. NO. 2:12CV00055 JLH | |
| RUBEN ROBINSON, Corporal,<br>East Arkansas Regional Unit,<br>Arkansas Department of Correction | DEFENDANT |

## **JUDGMENT**

On the 24th day of March, 2014, this action came before the Court for trial by jury. Ke'Ondra M. Chestang appeared in person and through his attorney, Martin Wayne Bowen. Ruben Robinson appeared in person and through his attorneys, James O. Howe and Christine A. Cryer. Both parties announced ready for trial. A jury of twelve was selected and duly sworn. After all of the evidence had been received and the jury had been properly instructed on the law, the jury returned a verdict in favor of Ruben Robinson on Ke'Ondra M. Chestang's excessive force claim and on Ke'Ondra M. Chestang's retaliation claim. Judgment is therefore entered in favor of Ruben Robinson on the claims of Ke'Ondra M. Chestang. The complaint of Ke'Ondra M. Chestang is hereby dismissed with prejudice.

IT IS SO ORDERED this 25th day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE